**SHA-1 Hash:** D0DE9062102977D136A7D055953D5D57A088C1E4   **Title:**   Bareback Street Gang
**Rights Owner:** Raw Films Ltd.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.9.59.49 | 12/3/2011 22:19 | Denver | CO | Comcast Cable | BitTorrent |
| 2 | 67.165.234.50 | 3/2/2012 6:37 | Parker | CO | Comcast Cable | BitTorrent |
| 3 | 67.190.116.163 | 2/22/2012 18:24 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 4 | 71.56.232.107 | 12/27/2011 8:47 | Littleton | CO | Comcast Cable | BitTorrent |
| 5 | 75.70.235.132 | 2/11/2012 14:30 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 6 | 75.71.22.149 | 1/10/2012 0:49 | Littleton | CO | Comcast Cable | BitTorrent |
| 7 | 174.16.199.209 | 1/29/2012 23:53 | Aurora | CO | Qwest Communications | BitTorrent |
| 8 | 70.59.222.57 | 12/21/2011 20:17 | Colorado Springs | CO | Qwest Communications | BitTorrent |
| 9 | 75.171.177.141 | 1/29/2012 18:23 | Denver | CO | Qwest Communications | BitTorrent |

EXHIBIT A

CO38