IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00908-MSK-MEH

RAW FILMS, LTD.,

    Plaintiff,

v.

JANE DOE 6,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 15, 2012.**

    Having no objection from the Plaintiff, Defendant Jane Doe 6's Motion to Proceed Anonymously [filed June 21, 2012; docket #23] is **granted** as follows. Defendant may proceed anonymously in this matter as "Jane Doe 6" for the purpose of adjudicating her pending motion to quash. Upon resolution of the motion to quash, should the Defendant perceive a need to continue proceeding anonymously in this case, the Defendant must then seek permission from the Court to continue proceeding anonymously.

    Further, having met the requirements of D.C. Colo. LCivR 7.2, Defendant Jane Doe 6's Motion to Restrict Access [filed June 21, 2012; docket #21] is **granted in part and denied in part**. Defendant seeks restriction of access to "a motion to quash ... filed concurrently with this motion." However, the motion filed concurrently is actually the Motion to Proceed Anonymously, which contains Defendant's identifying information.[1] Defendant's Motion to Quash reveals no identifying information; therefore, the Court will not restrict access to the Motion to Quash. However, the Court grants Defendant's request to restrict access to the Motion to Proceed Anonymously, and directs the Clerk of the Court to maintain the document located at docket #23 under Level 2 restriction until further order of the Court.

    The Court further directs the Clerk of the Court to mail a copy of this order to the address provided by Defendant in the filing at docket #23.

---

[1] The Court perceives Defendant's request as simply containing a typographical error.